McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
Federal Building, Room 3654
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
Facsimile: (559) 498-7432

Attorneys for Defendant Gordon R. England
    Secretary Department of the Navy

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALAN T. GALLAGHER, ) | 1:05-cv-00750-AWI-SMS |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **HEARINGS AND SCHEDULING** |
| v. ) | **CONFERENCE; ORDER RE SAME** |
| ) | |
| GORDON R. ENGLAND SECRETARY ) | Old       **New** |
| DEPARTMENT OF THE NAVY, ) | |
| ) | Hearings:  10/31/05   **11/14/05** |
| Defendant. ) | |
| ) | Scheduling |
| | Conference: 11/15/05   **1/31/06** |
| | (SMS 9:15 a.m.) |

    Pro se plaintiff Alan Gallagher and defendant United States of America ("United States"), by and through its attorney of record, hereby stipulate to the continuance of the hearings regarding: (1) plaintiff's Motion to Strike Affirmative Defenses, Motion For a More Definite Statement, Motion for Defendant's Answer(s) to be Ruled An Admission, and (2) the United States' Motion to Dismiss from Monday, October 31, 2005 to Monday, November 14, 2005.

    Good cause exists in support of this stipulation in that plaintiff is unable to attend the October 31, 2005 hearings, which were continued to this date by the Court by way of formal notice on September 27, 2005.

In light of the parties' stipulation to continue the date of the above hearings, the parties further stipulate to continue this action's Scheduling Conference from Tuesday, November 15, 2005 to Tuesday, January 31, 2006.  The parties request the Court to endorse this stipulation by way of formal order.

Dated: October 6, 2005

                    Respectfully submitted,

| Alan T. Gallagher | McGREGOR W. SCOTT |
| Pro Se | United States Attorney |

```
           (As Authorized 10/6/05)
By:   /s/ Alan T. Gallagher      By:  /s/ Brian W. Enos
      ALAN T. GALLAGHER               BRIAN W. ENOS
                                      Assistant U.S. Attorney
                                      Attorneys for Defendant
                                      United States of America
```

IT IS SO ORDERED.

**Dated:   October 7, 2005**              **/s/ Anthony W. Ishii**
0m8i78                            UNITED STATES DISTRICT JUDGE

2