UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN T. GALLAGHER,<br><br>        Plaintiff,<br><br>    v.<br><br>GORDON R. ENGLAND,<br>SECRETARY DEPARTMENT OF<br>THE NAVY,<br><br>        Defendant, | CIV-F 05-0750 AWI SMS<br><br>ORDER VACATING HEARING DATE OF NOVEMBER 14, 2005 AND TAKING MATTER UNDER SUBMISSION |

    Plaintiff Alan Gallagher has made a motion (1) to strike affirmative defenses, (2) for a more definite statement, and (3) for parts of Defendant Gordon England's answer to be ruled an admission. Doc. 14.  The hearing for the motion was set for November 14, 2005 at 1:30 PM. Doc. 21.  Defendant has filed an opposition, and Plaintiff has filed a reply. Docs. 22 and 24.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 14, 2005,  is VACATED, and no party shall appear at that time.  As of November 14, 2005, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   **November 9, 2005**                **/s/ Anthony W. Ishii**
0m8i78                                     UNITED STATES DISTRICT JUDGE