UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN T. GALLAGHER,<br><br>            Plaintiff,<br><br>vs.<br><br>GORDON R. ENGLAND, SECRETARY,<br>DEPARTMENT OF THE NAVY,<br><br>            Defendant.<br>_____/ | 1:05-cv-00750-AWI-SMS<br><br>**INFORMATIONAL ORDER re:<br>PLAINTIFF'S REQUEST FOR<br>CLARIFICATION RE: SETTLEMENT<br>CONFERENCE** (Doc. 33) |

   The Court is in receipt of plaintiff's Request For Clarification Re: LR 16-270 Settlement Conference and responds, briefly as follows:

   In the Fresno Division of the Eastern District of California, Magistrate Judges conduct all settlement conferences. In the instance wherein the Magistrate Judge is also the trial judge, another Magistrate Judge will conduct the settlement conference.  It is the practice of this court that no judge who will be the trial judge of an action conduct a settlement conference in that same action.

//

1

1    Local Rule 16-270(b) refers to a rare instance in which the
2 parties **want** the judge who is the trial judge also to conduct the
3 settlement conference.  Hence the language "[U]nless all parties
4 affirmatively request that the assigned [meaning for trial] Judge
5 or Magistrate Judge participate in the conference [meaning the
6 settlement conference] and waive in writing any claim of
7 disqualification on that basis to act as Judge or Magistrate
8 Judge in the action thereafter [meaning for trial], the assigned
9 Judge or Magistrate Judge [meaning assigned for trial] shall not
10 conduct the settlement conference."
11    The undersigned, being a Magistrate Judge, in normal course
12 as the assigned case management judge [that is the Magistrate
13 Judge's role in civil actions wherein a District Court Judge is
14 the assigned trial judge], is the settlement conference judge in
15 this case.  She is not and will not be the trial judge.
16 Therefore, she is the appropriate judge to handle the settlement
17 conference in this case.
18    The Court will see plaintiff and counsel for the United
19 States Navy on June 20, 2006 at 1:30 p.m. for the settlement
20 conference unless otherwise notified of a joint request for a
21 continuance or unless one or both parties inform this Court that
22 the case is not ready for settlement discussions.

IT IS SO ORDERED.

**Dated:   June 6, 2006**            /s/ Sandra M. Snyder
icido3                         UNITED STATES MAGISTRATE JUDGE