UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN T. GALLAGHER,<br><br>    Plaintiff,<br><br>   v.<br><br>GORDON R. ENGLAND, SECRETARY, DEPARTMENT OF THE NAVY,<br><br>    Defendant. | 1:05-cv-00750-AWI-SMS<br><br>ORDER VACATING HEARING SET FOR MARCH 9, 2007, ON PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND DEEMING MOTION SUBMITTED FOR DECISION (DOC. 47) |

    On February 4, 2007, Plaintiff filed a notice of motion and motion for leave to file an amended complaint with supporting authorities. On February 15, 2007, Defendant filed a notice of non-opposition and a declaration.

    Pursuant to Rule 78-230(h) of the Local Rules of Practice for the United States District Court, Eastern District of California, the Court finds that the motion for leave to file an amended complaint is a matter that may appropriately be submitted upon the record and briefs.

    Accordingly, the hearing on the motion, presently set for March 9, 2007, IS VACATED, and the motion IS DEEMED SUBMITTED to the Court for decision.

1

1  IT IS SO ORDERED.

2  **Dated:**   **February 22, 2007**               /s/ Sandra M. Snyder
   icido3                                   UNITED STATES MAGISTRATE JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28