UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN T. GALLAGHER,<br><br>      Plaintiff,<br><br>    v.<br><br>GORDON R. ENGLAND,<br>SECRETARY DEPARTMENT OF<br>THE NAVY,<br><br>      Defendant, | CIV-F 05-0750 AWI SMS<br><br>ORDER VACATING HEARING DATE OF JUNE 4, 2007 AND TAKING MATTER UNDER SUBMISSION |

    Plaintiff Alan Gallagher has made a motion to partially withdraw his Title VII breach claim and for sanctions pursuant to 28 U.S.C. §1927. Doc. 58. The hearing for the motion was set for June 4, 2007 at 1:30 PM. Defendant has filed an opposition, and Plaintiff has filed a reply. Docs. 60 and 61. The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 4, 2007 is VACATED, and no party shall appear at that time. As of June 4, 2007, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 30, 2007              /s/ Anthony W. Ishii
                                             UNITED STATES DISTRICT JUDGE