McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare St., Ste 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant Gordon R. England
Secretary Department of the Navy



## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN T. GALLAGHER, ) | 1:05-cv-00750-AWI-SMS |
| Plaintiff, ) | **STIPULATION (1) EXTENDING DISPOSITIVE MOTION FILING DEADLINE AND (2) VACATING SETTLEMENT CONFERENCE;** |
| v. ) | |
| GORDON R. ENGLAND SECRETARY DEPARTMENT OF THE NAVY, ) | **[*PROPOSED*] ORDER RE SAME** |
| Defendant. ) | |

Plaintiff Alan T. Gallagher ("plaintiff") and defendant Gordon R. England, Secretary Department of the Navy, ("defendant") stipulate, by and through the undersigned counsel, to (1) extending this matter's presently-set dispositive motion filing deadline from October 5, 2007 to December 12, 2007, and (2) vacating its November 15, 2007 settlement conference. As set forth below, the parties base this stipulation on good cause, and respectfully request the Court to endorse it by way of formal order.

To explain, and as noted within the Court's June 20, 2007 Order, the nature of this lawsuit changed from one originally based on alternative contract or Title VII claims, to one relating only to plaintiff's claims based on the Freedom of Information Act ("FOIA").

Defendant's counsel has since obtained a Vaughn Index from the Navy regarding plaintiff's FOIA claims, and mailed it to plaintiff's counsel earlier this week.[1] Counsel for plaintiff and defendant agree that it makes sense for the parties and the court, prior to their filing dispositive motions in this FOIA case, that: (1) plaintiff be afforded sufficient time to analyze this index with his attorney, (2) plaintiff be able to determine the extent this index's scope is consistent with the scope of FOIA matters at issue in this case, and (3) counsel for both parties thereafter meet and confer about the index, with the intent of determining whether they would be able to narrow the scope of FOIA-related disputes remaining in this case. Since this case now addresses only matters relevant to FOIA, the parties also believe that a settlement conference would no longer be productive.

Based on the above, the parties hereby stipulate to extending this action's dispositive motion filing deadline as specified below, as well as vacating the November 15, 2007 settlement conference presently set to take place before Judge Snyder. The parties also respectfully request the Court to endorse this stipulation by way of formal order.

///
///
///
///

---

[1] Defendant's attorney tried to electronically send plaintiff a .pdf version of this index last week. Since he was unable to successfully do so, he mailed a copy to plaintiff's counsel (and with the permission of plaintiff's counsel) earlier this week.

|  | Old Date | **New Date** |
|---|---|---|
| Dispositive Motion Filing | October 5, 2007 | **December 12, 2007** |
| Settlement Conference | November 15, 2007 | **\*\* Vacated \*\*** |

Dated: October 2, 2007.                    October 3, 2007

Respectfully submitted,

Tracey Beryl Gallagher, Esq.          McGREGOR W. SCOTT
                                      United States Attorney


(As auth. 10/2/07)
__/s/ Tracey B. Gallagher           ____/s/ Brian W. Enos___
TRACEY B. GALLAGHER                 BRIAN W. ENOS
Attorneys for plaintiff             Attorneys for defendant
Alan Gallagher                      Gordon R. England, Secretary
                                    Department of the Navy

**IT IS SO ORDERED.**

Dated: October 23, 2007

_____
ANTHONY W. ISHII
UNITED STATES DISTRICT JUDGE

3