McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant Gordon R. England
    Secretary Department of the Navy

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALAN T. GALLAGHER, ) | 1:05-CV-00750-AWI-SMS |
| ) | |
| Plaintiff, ) | **STIPULATION CONTINUING PRETRIAL** |
| ) | **CONFERENCE; ORDER RE SAME** |
| v. ) | |
| ) | |
| GORDON R. ENGLAND SECRETARY ) | |
| DEPARTMENT OF THE NAVY, ) | |
| ) | |
| Defendant. ) | |

Plaintiff Alan T. Gallagher ("plaintiff") and defendant Gordon R. England, Secretary Department of the Navy, ("Navy") stipulate, by and through the undersigned counsel, to continuing this Freedom of Information Act ("FOIA") action's presently set November 30, 2007 Pretrial Conference to a date after the Court is able to rule on the parties' pending dispositive motions. As set forth below, the parties base this stipulation on good cause, and respectfully request the court to endorse it by way of formal order.

To explain, and as noted within the court's present litigation schedule, the November 30, 2007 Pretrial Conference is scheduled to take place in advance of this action's December 12, 2007 dispositive motion filing deadline. The Pretrial Conference

needs to be continued, however, to a date after the Court has been able to rule on the parties' pending dispositive motions. This way, the parties and the Court can approach the Pretrial Conference with an idea of what portion of this FOIA case remains after the Court's ruling.  If any such component of this case remains after the Court rules on dispositive motions, then the parties will promptly contact it with respect to rescheduling the Pretrial Conference.

   Based on the above, the parties hereby stipulate to continuing this action's Pretrial Conference as explained above. The parties also respectfully request the Court to endorse this stipulation by way of formal order.

Dated: November 27, 2007.            November 28, 2007

                 Respectfully submitted,

Tracey Beryl Gallagher, Esq.      McGREGOR W. SCOTT
                                  United States Attorney


(As auth. November 27, 2007)

 __/s/ Tracey B. Gallagher           ____/s/ Brian W. Enos___
TRACEY B. GALLAGHER                  BRIAN W. ENOS
Attorneys for plaintiff              Attorneys for defendant
Alan Gallagher                       Gordon R. England, Secretary
                                     Department of the Navy

**ORDER**

IT IS SO ORDERED.

**Dated:   November 28, 2007**          _____/s/ **Anthony W. Ishii**_____
                                        UNITED STATES DISTRICT JUDGE

2