McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant Gordon R. England
    Secretary Department of the Navy

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALAN T. GALLAGHER, ) | 1:05-CV-00750-AWI-SMS |
| ) | |
| Plaintiff, ) | **STIPULATION FOR SHORT** |
| ) | **CONTINUANCE OF DISPOSITIVE** |
| v. ) | **MOTION FILING DEADLINE;ORDER** |
| ) | |
| GORDON R. ENGLAND SECRETARY ) | |
| DEPARTMENT OF THE NAVY, ) | |
| ) | |
| Defendant. ) | |

  Plaintiff Alan T. Gallagher ("plaintiff") and defendant Gordon R. England, Secretary Department of the Navy, ("defendant") stipulate, by and through the undersigned counsel, to a *short* continuance of this action's dispositive motion filing deadline. The parties agree to continue this deadline approximately four weeks, namely from December 12, 2007 until January 11, 2008. The parties base their stipulation on good cause, and respectfully request the Court to endorse it by way of formal order.

  To explain, and as forecasted in the parties' October 3, 2007 stipulation (Doc. 65) that the Court endorsed by way of an October 23, 2007 order (Doc. 66), the parties have indeed extensively met and conferred about the Navy's Vaughn Index in

1

1  this FOIA case.  Whereas this Index originally contained sixty-
2  nine separate entries regarding documents defendant has withheld,
3  the parties have been able to resolve the issues relating to a
4  majority of these entries to date, thereby relieving the Court of
5  the need to address them later.
6      A limited number of unresolved issues remain additional
7  Vaughn Index entries, however, and the parties have not yet been
8  able to ultimately determine the extent they too can be resolved
9  prior to the filings of formal motions.  On this end, counsel for
10 defendant is and for several weeks has been in the midst of
11 adhering to several dispositive motion filing deadlines, in
12 addition to attending many depositions.  Counsel for plaintiff
13 has likewise been very busy, as evidenced in part by completing a
14 jury trial in state court earlier this week.  The parties
15 nevertheless agree that they will be able to complete the meet
16 and confer process by December 31, 2007.
17      Based on the above, the parties hereby stipulate to briefly
18 extending this action's dispositive motion filing deadline as
19 specified below.  The parties also respectfully request the Court
20 to endorse this stipulation by way of formal order.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

|  | Old Date | **New Date** |
|---|---|---|
| Dispositive Motion Filing | December 12, 2007 | **January 11, 2008** |

Respectfully submitted,

| Tracey Beryl Gallagher, Esq. | McGREGOR W. SCOTT |
|---|---|
|  | United States Attorney |

(As auth. 12/06/07)
\_\_\_/s/ Tracey B. Gallagher          \_\_\_\_/s/ Brian W. Enos\_\_\_
TRACEY B. GALLAGHER                    BRIAN W. ENOS
Attorneys for plaintiff                Attorneys for defendant
Alan Gallagher                         Gordon R. England, Secretary
                                       Department of the Navy

**ORDER**

IT IS SO ORDERED.

**Dated:   December 7, 2007**           **/s/ Anthony W. Ishii**
                                        UNITED STATES DISTRICT JUDGE